Prob 35
(Rev.3/97)

Report and Order Terminating Supervision
Prior to Original Expiration Date

RECEIVED
05 OCT 25 PM 3: 0
CLERK, U.S. DIST. COURT
MINNEAPOLIS

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

**Paul Joseph Mateyka,**

Defendant.

Docket No. 0:02CR00006-001(MJD)

On August 15, 2003, the above defendant was placed on supervision for a period of 3 years supervised release. This defendant has complied with the rules and regulations of supervision and is no longer in need of supervision. It is accordingly recommended that this defendant be discharged from supervision.

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervision and that the proceedings in the case be terminated.

Dated this 24th day of Oct, 2005.

Honorable Michael J. Davis
U.S. District Judge

SCANNED
OCT 2 6 2005
U.S. DISTRICT COURT MPLS